# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LUAH TALO,** ) | |
| ) | |
| Petitioner, ) | |
| **vs.** ) | Civil Action Number |
| ) | **4:11-cv-4267-AKK-PWG** |
| **ERIC HOLDER, Attorney** ) | |
| **General of the United States, et** ) | |
| **al.,** ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Luah Talo (the "petitioner"), who contests his continued detention by federal immigration authorities pending his removal to Liberia. Doc. 1. The respondents have filed a motion to dismiss this matter as being moot. Doc. 7. Upon consideration, the court finds that the respondents' motion is due to be granted and that the petition is due to be dismissed as moot.

In support of their motion to dismiss, the respondents have filed evidentiary materials showing that the petitioner was released from custody under an order of supervision on May 17, 2012. Doc. 7-1. Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"). Accordingly, this matter is due to be dismissed as moot. A separate final order will be entered.

Done the 28th day of June, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE